**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
tclark@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA MORALES-RIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a foreign corporation; DOES 1-20; and ROE CORPORATIONS 1-20; inclusive<br><br>Defendants. | CASE NO:  3:22-cv-00270-MMD-CSD<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY, MATTHEW BECKSTEAD, ESQ., FROM THE SERVICE LIST** |

COMES NOW, former attorney for Defendant, WAL-MART STORES, INC., ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw Matthew Beckstead, Esq. of RESNICK & LOUIS, P.C.,

///

///

///

///

///

1

1 | mbeckstead@rlattorneys.com, from the electronic service list on the above-captioned matter.

2 |      DATED this 8th day of February, 2023.

                                         **RESNICK & LOUIS, P.C.**

                                         */s/ Eleanor D. Murphy*
                                         TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
tclark@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Wal-Mart Stores, Inc.*

IT IS SO ORDERED.

DATED: February 9, 2023.

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE