**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
tclark@rlattorneys.com
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 14168
emurphy@rlattorneys.com
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile:  (702) 997-3800
*Attorneys for Defendant*
*Wal-Mart Stores Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA MORALES-RIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES INC., a foreign corporation; DOES 1-20; and ROE CORPORATIONS 1-20; inclusive<br><br>Defendants. | CASE NO.: 3:22-cv-00270-MMD-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON CAUSATION AND DAMAGES [ECF No. 26]** |

COME NOW Defendant WALMART, INC. ("Defendant"), by and through its counsel of record TROY A. CLARK, ESQ., and ELEANOR D. MURPHY, ESQ., of the law firm RESNICK & LOUIS, P.C., and Plaintiff MARTINA MORALES-RIO ("Plaintiff"), by and through her counsel of record, JONATHAN B. LEE, ESQ., of the law firm of RICHARD HARRIS LAW FIRM, and do hereby stipulate to extend the deadline for Defendant to file their Reply in Support of Motion for Partial Summary Judgment on Causation and Damages [ECF No. 26]. Pursuant to the Local Rule IA 6-1(b), the parties hereby aver that this is the parties' first such extension requested regarding this subject. The parties are requesting an extension of 7 days, up

to and including, Thursday March 2, 2023.

Defendant filed their Motion for Partial Summary Judgment on Causation and Damages on January 19, 2023 [ECF No. 26]. Plaintiff filed her Opposition to same on February 9, 2023 [ECF No. 33]. Defendant's undersigned counsel of record substituted into this case in late January 2023 and has been working diligently to get versed in the current motion practice and discovery. Defense counsel has multiple depositions during the week of February 13, 2023, in addition to trial preparation, and as such the parties are hereby seeking the Court's order allowing an additional 7 days' time for Defendant to file its reply brief.

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant shall have up to and including March 2, 2023, to file their Reply in Support of Motion for Partial Summary Judgment on Causation and Damages [ECF No. 26].

Dated this 21st day of February, 2023

**RESNICK & LOUIS, P.C.**

/s/ Troy A. Clark
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220
Las Vegas, Nevada 89148
*Attorneys for Defendant Walmart, Inc.*

Dated this 21st day of February, 2023

**RICHARD HARRIS LAW FIRM**

/s/ Jonathan B. Lee
JONATHAN B. LEE, ESQ.
Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Martina Morales-Rio*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: February 22, 2023

2