1  **RESNICK & LOUIS, P.C.**
   MARK R. SMITH, ESQ.
2  Nevada Bar No. 11872
   ELEANOR D. MURPHY, ESQ.
3  Nevada Bar No. 15071
   8925 West Russell Road, Suite 220
4  Las Vegas, NV 89148
   emurphy@rlattorneys.com
5  mrsmith@rlattorneys.com
   Telephone: (702) 997-3800
6  Facsimile: (702) 997-3800
7  *Attorneys for Defendant,*
   *Wal-Mart Stores, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARTINA MORALES-RIOS, an individual, | CASE NO.: 3:22-cv-00270-MMD-CSD |
| Plaintiff, | **ORDER GRANTING** |
| v. | **SUBSTITUTION OF COUNSEL** |
| WAL-MART STORES INC., a foreign corporation; DOES 1-20; and ROE CORPORATIONS 1-20; inclusive | |
| Defendants. | |

COMES NOW, Defendant, WAL-MART STORES, INC., ("Defendant" or "WALMART"), and hereby substitute Susan Gillespie _____, of the law firm of Burger | Meyer LLP _____, as its counsel of record in place and stead of MARK R. SMITH, ESQ., and ELEANOR D. MURPHY, ESQ., of RESNICK & LOUIS, P.C. Defendant assert the attorneys from RESNICK & LOUIS, P.C., shall be removed from the electronic service list in this matter.

1  WHEREAS, Defendant asserts __Susan Gillespie__, of
2  __Burger | Meyer LLP__, be substituted as counsel for Defendant and added to the electronic
3  service list in this case;
4      WHEREAS, the attorneys from RESNICK & LOUIS, P.C., MARK R. SMITH, ESQ., and
5  ELEANOR D. MURPHY, ESQ., agree to the withdrawal and substitution; and
6      WHEREAS, __Susan Gillespie__, the attorney from
7  __Burger | Meyer LLP__ to be substituted as counsel for Defendant.

9  DATED this 7th day of June, 2023.     DATED this 13th day of June, 2023.

10 RESNICK & LOUIS, P.C.     BURGER | MEYER LLP

12 MARK R. SMITH, ESQ.
   Nevada Bar No. 11872     Susan Gillespie
13 ELEANOR D. MURPHY, ESQ.     Nevada Bar No. 15227
   Nevada Bar No. 15071     (Address) 400 South 4th St., Suite 500, Las Vegas, NV 89101
14 8925 W. Russell Road, Ste. 220     *Attorneys for Defendant,*
   Las Vegas, NV 89148     *Walmart, Inc.*
15 *Former Attorneys for Defendant,*
   *Wal-Mart Stores, Inc.*

17 DATED this 13th day of June, 2023.

18 WAL-MART STORES, INC.

20 MATTHEW BURGESS, ESQ.
21 Senior Counsel
   702 Southwest 8th Street
22 Bentonville, AR 72716

24 IT IS SO ORDERED.
25 DATED: June 15, 2023.

26 _____
27 UNITED STATES MAGISTRATE JUDGE