Jonathan B. Lee, Esq.
Nevada Bar No. 13524
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
Email: jlee@richardharrislaw.com
*Attorney for Plaintiff Martina Morales-Rios*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARTINA MORALES-RIOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES INC., a foreign corporation, DOES 1-20; and ROE CORPORATIONS 1-20, inclusive;<br><br>Defendants. | CASE NO.: 3:22-cv-00270-MMD-CSD<br>ORDER GRANTING<br>**JOINT REQUEST TO CONTINUE MANDATORY SETTLEMENT CONFERENCE** |

On July 28, 2023, the Court issued an order instructing the parties to participate in a mandatory settlement conference, facilitated by the Court. *See* ECF No. 46. Shortly after the order was entered, the parties agreed to participate in a private mediation session with retired Judge Janet Berry.[1] The private mediation session has been scheduled for September 25, 2023, which is the same day the Court has set the Mandatory Settlement Conference.[2]

. . .

. . .

. . .

. . .

---

[1] However, prior to the Court's issuing its order regarding the mandatory settlement conference, the parties had already had preliminary discussions concerning settlement and advanced dispute resolution.

[2] *See* the retention letter from Judge Janet Berry to the parties concerning the scheduling of the private mediation, attached hereto as **Exhibit 1.**

Page **1** of **2**

Based on the foregoing, the parties respectfully request that the Court continue the court-mandated settlement conference that was previously ordered and allow the parties to proceed with the private mediation session on September 25, 2023.

| Dated this 8th day of September, 2023. | Dated this 8th day of September, 2023. |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **BURGER | MEYER LLP** |
| /s/ Jonathan B. Lee | /s/ Susan E. Gillespie |
| Jonathan B. Lee, Esq.<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | Susan E. Gillespie, Esq.<br>400 South Fourth Street, Suite 500<br>Las Vegas, Nevada 89101<br>*Attorneys for Wal-Mart* |

The parties are directed to file a notice with the court no later than ten (10) days from the date of the medation advising whether or not the case settled.

IT IS SO ORDERED.

DATED: September 11, 2023.

_____
UNITED STATES MAGISTRATE JUDGE