1  **Tabetha A. Martinez, Esq. (NV14237)**
   **Susan E. Gillespie, Esq. (NV 15227)**
2  **BURGER | MEYER LLP**
   999 Corporate Drive, Suite 220
3  Ladera Ranch, CA 92694
   Telephone:     (949) 427-1888
4  Facsimile:      (949) 427-1889
   Email: tmartinez@burgermeyer.com
5           sgillespie@burgermeyer.com

6  Attorneys for Defendant
   WALMART, INC.
7

8                 **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  MARTINA MORALES-RIOS, an individual,          Case No.: 3:22-cv-00270-MMD-CSD

11            Plaintiff,

12        vs.                                      **STIPULATION AND ORDER FOR**
                                                   **DISMISSAL WITH PREJUDICE**
13  WAL-MART STORES INC., a foreign
    corporation, DOES 1-20; and ROE
14  CORPORATIONS 1-20, inclusive,

15            Defendants.

16

17

18        Plaintiff Martina Morales-Rio (hereinafter "Plaintiff") and Defendant Walmart Stores, Inc.

19  dba Walmart (hereinafter "Defendant") hereby stipulate and agree that this case be dismissed, with

20  prejudice, and that each party bear its own attorneys' fees and/or costs.

21        Entry of this Stipulation and Order will result in the dismissal of the entire action, with

22  prejudice, as to all Defendants.

23  Dated: December 5, 2023                        **RICHARD HARRIS LAW FIRM**

24                                                 */s/ Jonathan B. Lee*

25                                                 Jonathan B. Lee, Esq.
                                                   801 South Fourth Street
26                                                 Las Vegas, Nevada 89101
                                                   ATTORNEYS FOR PLAINTIFF,
27                                                 MARTINA MORALES-RIOS

28

                                           -1-
           **STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON**

1   Dated:  December 5, 2023

**BURGER | MEYER** LLP

2

  */s/ Susan Gillespie*

3   Tabetha A. Martinez, Esq.
Susan Gillespie, Esq.
400 South 4th St., Suite 500

4   Las Vegas, NV 89101
ATTORNEYS FOR DEFENDANTS,

5   WALMART, INC. dba WALMART

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON**

1

# ORDER

2 **BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing

3 therefore,

4 **IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims

5 brought by Plaintiff, is hereby dismissed with prejudice.

6 **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their

7 own attorney fees and costs.

8 DATED this ___14th___ day of ___December___ 2023.

9

10 _____
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-
**STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON**

BURGER | MEYER LLP

**Kellie Rossi**

---

**From:** Jonathan Lee <jlee@richardharrislaw.com>
**Sent:** Tuesday, December 5, 2023 3:18 PM
**To:** Susan Gillespie <sgillespie@burgermeyer.com>
**Cc:** Nicole Gilenson <Nicole@richardharrislaw.com>; Adela Vela <avela@burgermeyer.com>; Alexandria Raleigh <araleigh@burgermeyer.com>; Tabetha Martinez <tmartinez@burgermeyer.com>
**Subject:** Re: Morales-Rios v. Walmart; Settlement Documents

Susan,

You have my permission to affix my e-signature and submit to the Court.

Sent from my iPhone

> On Dec 5, 2023, at 2:20 PM, Susan Gillespie <sgillespie@burgermeyer.com> wrote:

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon,

Our records show the check was delivered 11/28. Attached is the stipulation and order to dismiss for your review and approval.

Thanks,
Susan

**Susan E. Gillespie, Esq.**
sgillespie@burgermeyer.com
**BURGER | MEYER, LLP**
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (725) 235-7308
Facsimile:  (949) 427-1889

---

**From:** Susan Gillespie
**Sent:** Monday, November 27, 2023 3:10 PM
**To:** Nicole Gilenson <Nicole@richardharrislaw.com>
**Cc:** Adela Vela <avela@burgermeyer.com>; Jonathan Lee <jlee@richardharrislaw.com>
**Subject:** RE: Morales-Rios v. Walmart; Settlement Documents

Good Afternoon,

The check went out from our CA office today. It should arrive to you by 5pm on Wednesday via Fedex.

1